**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 6, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-24-00044-CV

---

## OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF TEXAS; AND WARREN KENNETH PAXTON, JR., IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL, Appellant

### V.

### PFLAG, INC., Appellee

**On Appeal from the 261st District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-24-001276**

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed on March 25, 2024, granting temporary injunctive relief. The appeal was abated on August 16, 2024,

pending entry of a final judgment in the district court.[1]  On April 17, 2025, the parties jointly filed a status report notifying the Court that the trial court issued a final judgment on the merits and therefore the temporary injunction has been dissolved and this appeal is now moot.  The parties jointly request the appeal be dismissed.  *See* Tex. R. App. P. 42.1.

We lift the abatement, reinstate the case, grant the parties' request, and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.

---

[1] This case was originally appealed to the Third Court of Appeals and was subsequently transferred to the Fifteenth Court of Appeals by order of the Supreme Court of Texas, Misc. Docket No. 24-9055, dated August 26, 2024.